

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tyrobioa Leroy Browner, Appellant

No. 06-18-00109-CR         v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27353). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Scott E.Stevens

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Tyrobioa Leroy Browner, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk